IN THE SUPREME COURT OF TEXAS

 No. 04-1040

 IN RE KAREN MAYS-HOOPER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for emergency relief, filed November
18, 2004, is granted. The order dated September 21, 2004, in Cause No. 322-
299612-00, styled In The Interest of Joe Edward Hooper, a child, in the
322nd District Court of Tarrant County, Texas, is stayed pending further
order of this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus no later than 3:00 p.m., November
29, 2004.

 Done at the City of Austin, this 19th day November 19, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk